# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Anthony Rudy Borboa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase & Company,<br><br>　　　　Defendant. | No. CV-23-00102-TUC-RCC<br><br>**ORDER** |

　　　　This matter was removed to district court on March 1, 2023. (Doc. 1.) Defendant JPMorgan Chase & Company has yet to file an answer to Plaintiff Anthony Rudy Borboa's Complaint. Pending now before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 8.) The Court has reviewed the Notice. By Plaintiff's request, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

　　　　**IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall docket accordingly.

　　　　Dated this 7th day of March, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge